JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GARCIA,<br><br>    Petitioner,<br><br>    v.<br><br>LEANNA LUNDY,<br><br>    Respondent. | No. SA CV 24-2547-CBM(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 16, 2025.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE